IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-07-226 |
| | § § § § | |
| JAMES EARL DUNN, JR. | § | |

**O R D E R**

Defendant filed an unopposed motion for continuance and motion to deem this case as complex, (Docket Entry No. 14). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The motion to deem case as complex is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | **December 21, 2008** |
| Responses are to be filed by: | **January 7, 2008** |
| The pretrial conference is reset to: | **January 14, 2008, at 8:45 a.m.** |
| The jury trial and selection are reset to: | **January 21, 2008, at 9:00 a.m.** |

SIGNED on July 9, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge